UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KANTOLA,

        Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.

Case No. 1:15-CV-00029

Hon. Robert J. Jonker

| Troy W. Haney (P48614) | D. Andrew Portinga (P55804) |
|---|---|
| Haney Law Office, P.C. Korney | MILLER JOHNSON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 330 East Fulton Street | 250 Monroe Avenue NW, Suite 800 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (718) 235-2300 | (616) 831-1700 |
| dkorney@appriver.net | portingaa@millerjohnson.com |

### Stipulation & Order of Dismissal

The parties stipulate to the dismissal of Plaintiff's complaint with prejudice and without costs.

By: /s/ Troy W. Haney
    Troy W. Haney (P48614)
    Haney Law Office, P.C.
    330 East Fulton Street
    Grand Rapids, MI 49503

Dated: February 13, 2015

By: /s/ D. Andrew Portinga
    D. Andrew Portinga (P55804)
    MILLER JOHNSON
    250 Monroe Ave. NW, Suite 800
    Grand Rapids, MI 49503

Dated: February 13, 2015

IT IS SO ORDERED.

Dated: February 17, 2015         /s/ Robert J. Jonker
                                 Hon. Robert J. Jonker
                                 U.S. District Court Judge